IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § § § § § § | |
| **v.** | | 1:21-cr-6-HSO-RPM-1 |
| **KENNETH BRYAN RITCHEY** | | |

## ORDER DENYING DEFENDANT KENNETH BRYAN RITCHEY'S MOTION [45] TO SUPPRESS

This matter came before the Court for hearing on the Motion [45] to Suppress filed on February 10, 2022, by Defendant Kenneth Bryan Ritchey in the above-captioned case. After conducting a hearing on April 14, 2022, the Court carefully considered the arguments of counsel, the witness testimony, and the relevant legal authorities. For the reasons more fully stated on the record at the conclusion of the hearing, the Court finds that Defendant's Motion should be denied.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Defendant's Motion [45] to Suppress is **DENIED**.

**SO ORDERED AND ADJUDGED**, this the 14th day of April, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE